Lee Stein (#012368)
lee@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Waleed Sarrar

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR-19-00200-003-PHX-DLR |
| Plaintiff, | ) |
| v. | ) **DEFENDANT SARRAR'S** |
| | ) **SENTENCING MEMORANDUM** |
| Waleed Sarrar, | ) |
| Defendant. | ) |

### Introduction

Waleed Sarrar comes before this Court for sentencing after pleading guilty and acknowledging his part in the sale of misrepresented jewelry. He pled guilty to one count of 18 U.S.C. § 371. Mr. Sarrar, the father of four, has no criminal history.

Having come to terms with his wrongful conduct, Mr. Sarrar has done everything in his power to accept responsibility for and mitigate the harm he caused. He asks that the Court follow the recommendation of the United States and the United States Probation Office and sentence him to a term of probation.

### Acceptance of Responsibility

Mr. Sarrar fully accepts responsibility for his conduct in this case. He fully admits that the jewelry he ordered and displayed for sale in his store was made to look like authentic Native American produced items so as to mislead customers. He tried to rationalize to himself that what he was doing was permissible, but he knew in his heart

that his conduct was wrongful. He regrets his behavior and is truly remorseful for his actions and for the hardship he has caused his family. He is especially disappointed that he failed to set the right example for his children.

As a demonstration of his acceptance of responsibility and in an attempt to address his own conduct, Mr. Sarrar cooperated with the Government's investigation. Among other things, he participated in a long proffer session where he provided extensive information to the Government about the Native American jewelry business, including providing information on possibly illegal conduct about which the Government was not aware.

**Personal Background**

**1.  Early Life**

Mr. Sarrar was born in Phoenix but moved to Amman, Jordan when he was five years old; his mother returned there with him and his two sisters to help care for her ailing parents. As the eldest grandson, Mr. Sarrar was expected to contribute and began working at his grandparent's small grocery store and on their farm when he was twelve years old. He did various tasks such as restocking the shelves and tending to the olive trees, which the family made into olive oil. Because he began working at a young age, he was only able to attend school part way through high school, something he always regretted, and which motivated him to be able to provide education opportunities for his own children. He returned to the United States at age 18.

**2.  Devoted Family Man**

Mr. Sarrar has been married for 22 years to Ferdos Sarrar and they have four children together.[1] In 2015, Ferdos, a pharmacy technician, was diagnosed with metastatic thyroid cancer. She underwent aggressive treatment and continues to take

---

[1] The stress of the pandemic and this case has profoundly strained the couple's relationship. Ferdos recently took steps to legally separate from Mr. Sarrar, although the couple continues to reside together. Mr. Sarrar hopes that resolving this case will bring his wife peace of mind and will help the couple reunite, as the uncertainty of Mr. Sarrar's legal situation was a motivating factor in his wife's request to separate. Notwithstanding the legal separation, Mr. Sarrar remains committed to his wife and her health.

medication in order to stem the spread of the disease. Depending on the status of her illness and the aggressive treatments she periodically has to undergo, she occasionally suffers complications and has to be briefly hospitalized, affecting her ability to work and care for the children. Their daughter Jenna has watched this hardship unfold in their home — ill mother, caring father. "He cares so much for my mom that he starts doing the laundry or dishes right when he comes home from work. Even after a long day at work he pushes himself to help my mother." [Exhibit 1, Letter from Jenna Sarrar] For the past two months, Ferdos has been too sick to work, significantly affecting the family's already precarious financial situation.

Mr. Sarrar's father has also been seriously ill the past several years. Ferdos notes her husband's steadfast and selfless commitment to his family, even when it came at the cost to his own mental health:

> I have witnessed his amazing care for his father who was diagnosed with Stage 4 lung Cancer in 2014. He took the initiative to be responsible for his Father's care even though he has three other siblings in town. Waleed would accompany his father to every Dr appointment. Since his mother does not speak English or drive, he would also take her shopping for groceries and anything else she needs help with such as home maintenance. He continues to care for his parents until today. He also helps his sister who is a single mom living here in Scottsdale. When she was going through her divorce, he traveled 6 times to the court hearings in California to support her financially and emotionally. In 2015, I was diagnosed with Metastatic Thyroid Cancer. Waleed has been very supportive and has been by my side throughout all my Dr appointments, surgery, and radiation treatment.

[Exhibit 2, Letter from Ferdos Sarrar].

Mr. Sarrar always wanted his children to have the educational opportunities that he did not have. He is most proud that his oldest son Wasfi (19-years old) attends college at Arizona State University where he is studying engineering. Wasfi also works part-time at Staples in an effort to help support his family, purposefully breaking from the family jewelry business to chart his own path. Wasfi notes his father's incredible work ethic and devotion to family "He works almost every day in order to maintain stability and protect

us financially. On top of this, he helps my aunts and uncles during there [sic] tough days when they are unemployed for a period of time by lending them money occasionally." [Exhibit 3, Letter from Wasfi Sarrar]  His second son, Waseem is 16-years old and goes to Paragon Science Academy where he also applies himself academically. Waleed's daughters, Jenna, 12 and Hanna, 10, also attend Paragon.  Hanna writes about her father's small acts of kindness toward the family pets:

> I remember one day I was cleaning my fish's tank to show him that I can clean and feed my fish like he cleans and feeds our other animals. I was almost done when suddenly my fish fell out and down the sink. Since my dad was watching me, he looked around the sink. I ran up to my room crying and when I came down my father was there smiling and holding something behind his back and Popcorn was in there. I almost broke his back hugging him. He has always been my hero.

[Exhibit 4, Letter from Hanna Sarrar].

### 3.  Professional life

When he was 18 years old, Mr. Sarrar moved back to Phoenix where his father lived.  His father is also in the jewelry business and he introduced Mr. Sarrar to his jewelry contacts on Native American reservations throughout the Southwest.  He worked long hours on the road with his father, but hoped that one day he could establish a more normal schedule.

Eventually, in 1999 Mr. Sarrar was able to purchase Scottsdale Jewels, a jewelry shop in Old Town Scottsdale.  After years of being on the road for most of the year, the store was a dream come true because it allowed Mr. Sarrar to be in Arizona for longer stretches of time and to be present for his young family.  Over the past 30 years, Mr. Sarrar has cultivated deep and sustained relationships with Native American artisans, whose exquisite work he has promoted and showcased for years.  He regrets how his crime impacted the trust built into their relationships and he has worked hard over the past year to repair them.

### 4. Current Financial Situation

The future is uncertain for Mr. Sarrar's jewelry business. The global pandemic has essentially eliminated his business and Mr. Sarrar does not know if he will be able to keep the shop open. The store was closed from March through June and even after it reopened in June, sales have been virtually non-existent with no signs of improving. In order to support his family during this time, Mr. Sarrar, along with his 16-year old son, worked as drivers for the grocery delivery service Instant-Cart and Mr. Sarrar began collecting unemployment. Also in the spring, despite his wife's metastatic cancer and the health risks she faces when working outside of the home, Mrs. Sarrar picked up additional shifts in help to support the family. These proved unsustainable and detrimental to her health and she is currently on a leave of absence from work and has not had income for the past several months.

In April, unable to make payments, the Sarrar family put their mortgage and car payment in abeyance for six months. However, Mr. Sarrar was unable to work out an arrangement on his business loan payment, and he had to max out his credit card in order to continue to make the $7,000 per month payments on the jewelry business purchase to the seller. Even with the reprieve from the mortgage and car lenders, the Sarrar family is barely keeping afloat due to an extremely limited income stream and the regular costs associated with raising children. If his shop does not survive, Mr. Sarrar — now a convicted felon who does not even hold a high school diploma — will face profound hardships in finding new employment.

### 5. Mental Health

In Mr. Sarrar's culture there is significant stigma attached to mental illness which served as a deterrent to Mr. Sarrar seeking help for depression. Even though he was reluctant to see a therapist because of this stigma and how he would be perceived in his community, this case caused Mr. Sarrar to realize that he was struggling. He began seeing a therapist who diagnosed him with depression and prescribed him anti-depressants. [PSR ¶¶ 156-157] He currently sees Dr. Afroza Ahmed for individual

therapy and Mr. Sarrar continues to follow his treatment plan and takes medication to treat his depression. His doctor writes, "Mr. Sarrar is engaged in his therapy sessions, an active participant in his treatment, and had made progress towards his therapy goals." [Exhibit 5, Letter from Dr. Afroza Ahmed]

### 6. Valued Member of the Community

Those who know Mr. Sarrar know that community is important to him and he tries to build community wherever he is. For the past eight years Mr. Sarrar and his family have lived in the same home in a tight-knit neighborhood in Chandler where they are well-liked by their neighbors. They have cultivated an urban garden with rabbits and a pygmy goat — his two daughters help Mr. Sarrar tend to the plants and animals and this is a special activity they enjoy together.

He is also a good neighbor to the close-knit community of shop owners in Old Town Scottsdale. The owner of Crazy Horse Gallery, a shop close by to Mr. Sarrar's, calls him "an upstanding member of the community." [Exhibit 6, Letter from Mustafa El Abid] Salesperson and bookkeeper Denise Jones who also works in a shop in Old Town and who has known Mr. Sarrar since 1997, writes about his devotion to his family and his offers to help friends in need due to his "caring" and "unselfish" nature. [Exhibit 7, Letter from Denise Jones] Long-time Scottsdale business owner Rosann Song writes "Waleed has always been polite and loyal and has been a wonderful asset to Old Town Scottsdale. His store is always welcoming and beautiful." [Exhibit 8, Letter from Roseann Song]

A man of faith, Mr. Sarrar and his family have attended the Islamic Center for the Northeast Valley for over 15 years where they participate in volunteer and center activities. [Exhibit 9, Letter from ICNEV President] And although Mr. Sarrar has significant financial obligations with his four children and extended family, he has made charitable contributions for at least six years to an organization that provides outdoor camping experiences for underprivileged fourth grade girls. [Exhibit 10, National TTT Society]

### An Individualized Assessment of Mr. Sarrar's History and Characteristics Warrant a Below Guidelines Sentence

The Court's "overarching statutory charge" is to fashion a sentence "sufficient, but not greater than necessary" to, among other considerations, reflect the seriousness of the offense, afford adequate deterrence, and provide the defendant with educational or vocational training, medical care, or other correctional treatment. *See United States v. Carty*, 520 F. 3d. 984, 991 (9th Cir. 2008).; 18 U.S.C. § 3553 (a)(2). All the enumerated "factors must be considered, including the particular circumstances of the defendant and the crime, because '[t]he punishment should fit the offender and not merely the crime.'" *United States v. Musgrave*, 647 F. App'x 529, 533 (6th Cir. 2016) (quoting *Williams v. New York*, 337 U.S. 241, 247 (1949)). District courts have the distinct authority to "engage in individualized sentencing." *United States v. Whitehead*, 532 F. 3d. 991, 993 (9th Cir. 2008) (quoting *United States v. Vonner*, 516 F. 3d 382, 392 (6th Cir. 2008)(en banc)). Mr. Sarrar's individual history and characteristics, including his strong commitment to family and community, acceptance of responsibility, and cooperation warrant a below-guideline sentence of a term of probation.

**1. Acceptance of Responsibility**

Mr. Sarrar takes full responsibility for his actions and has cooperated fully with the Government. As the Presentence Investigation Report notes, "The defendant has clearly demonstrated acceptance of responsibility for the offense." [Doc 137, ¶141] Following his indictment, Mr. Sarrar also made several proactive changes to the store. Mr. Sarrar took a comprehensive review of his inventory and placed conspicuous signs around the store informing customers in clear and unequivocal terms the origins of the jewelry he was selling so there would be no confusion in customers' minds. And since then, he has moved toward phasing out completely anything that is made overseas, so that his shop truly represents and reflects Southwest artisans only. Despite this case, Mr. Sarrar reports that his relationships with Native American tribal artists remain strong and they continue to trust him and sell their jewelry to him.

**2. Family Responsibility**

A sentence of probation is appropriate in this case because Mr. Sarrar is an irreplaceable caretaker of his three younger children and ill wife. In 2015, Mrs. Sarrar was diagnosed with metastatic thyroid cancer which caused her to have her thyroid and 101 lymph nodes removed. [PSR ¶154] Her illness is currently being carefully managed by a complex regime of medications, but she occasionally needs to be hospitalized and she experiences profound fatigue that results in her being unable to work for extended stretches of time. For the past two months Mrs. Sarrar has had to take a leave of absence from work due to deteriorating health symptoms and is currently undergoing additional testing with specialists.

In between attending to the business Mr. Sarrar provides caregiving responsibilities for his younger children such as making meals, cleaning the house, doing the laundry, and supervising their remote-schooling. Because his wife is not currently making any income, Mr. Sarrar also provides critical financial support. A sentence of probation is vital for the children's continued care and maintenance of the household. *See United States v. Leon*, 341, F. 3d 928, 931-933 (9th Cir. 2003); *United States v. Marine*, 94 Fed. Appx. 307 (6th Cir. 2007) (affirming 10-level downward departure based on caregiving responsibilities for three children and a grandchild); *United States v. Gauvin*, 173 F. 3d 798 (10th Cir. 1999) (affirming district court's downward departure for defendant who was primary supporter of four young children).

**3. Cooperation**

Mr. Sarrar provided extensive information to the Government about the Native American jewelry business, including providing information about possibly illegal conduct of which the Government was not aware of. Mr. Sarrar was forthcoming and detailed in the information he provided to the Government.

### 4. Restitution and Fine

Mr. Sarrar agrees with the Presentence Investigation Report, which recommended no assessment of restitution against Mr. Sarrar to The Humiovo store. The PSR reasoned that:

> As Sarrar and Coxon did not participate in the conduct for which restitution is due to The Humiovi, restitution to this victim is not recommended for these defendants. The victims of these two defendants would be the individuals who purchased fraudulent jewelry from their retail stores, and requests for restitution from the victims has not been received.

[PSR ¶127].

The PSR also recommended that no fine be imposed, in light of Mr. Sarrar's financial condition. [PSR ¶165] We encourage the Court to follow the PSR's recommendation in both regards.

### 5. Goals of Sentencing Achieved

Mr. Sarrar has accepted responsibility for his conduct, changed the practices of the store, independently sought mental health treatment, and cooperated with the Government. Given his lack of criminal history, lack of substance abuse history, his genuine remorse, his community support and the nature of his offense, he is not at risk for recidivism. *See, e.g.* William Rhodes et al., *Recidivism of Offenders on Federal Community Supervision*, https://www.ncjrs.gov/pdffiles1/bjs/grants/241018.pdf (Report prepared for the Bureau of Justice Statistics and the U.S. Office of Probation and Pretrial Services) (outlining factors that can increase or decrease a person's risk of committing a new offense or being revoked during a period of supervision). Based on all these factors, a sentence of probation is sufficient to meet the ends of justice.

### Conclusion

Mr. Sarrar is a devoted family man who has lived an otherwise law-abiding life. As he moves forward from this case, he will have to contend with navigating his and his family's future as a convicted *felon —* an additional millstone around his neck that will

undoubtedly plague him as he faces an extremely unstable economic future as a small business owner. He has done everything in his power to address his behavior in a positive and constructive way. He respectfully requests that the Court follow the recommendations of the government and sentence him to probation.

RESPECTFULLY SUBMITTED on September 23, 2020.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: *s:/ Lee Stein*
 Lee Stein
 Attorneys for Waleed Sarrar

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and copy of the transmittal to the following ECF registrant:

Peter Sexton
U.S. Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
Attorneys for Plaintiff

   *s:/ B. Wolcott*